PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

FILED
CLERK, U.S. DISTRICT COURT
04/12/19
CENTRAL DISTRICT OF CALIFORNIA
BY: dm DEPUTY

DOCKET NUMBER *(Tran. Court)*
13CR04442-001-BEN

DOCKET NUMBER *(Rec. Court)*
2:19-cr-00221-MWF

| NAME AND ADDRESS OF | DISTRICT | DIVISION |
|---|---|---|
| Martha Lupita James | Southern California | San Diego |
| | NAME OF SENTENCING JUDGE | |
| | Roger T. Benitez | |
| | Senior U.S. District Judge | |

| DATES OF | FROM | TO |
|---|---|---|
| Supervised Release | 08/09/2018 | 08/08/2028 |

**OFFENSE**

21 U.S.C. §§ 952 and 960, Importation of Methamphetamine, a Class C felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF CALIFORNIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____4/2/2019_____                    _____/s/ Roger T. Benitez_____
Date                                                              Roger T. Benitez
                                                                        Senior U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>CENTRAL DISTRICT OF CALIFORNIA</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named be accepted and assumed by this Court from and after the entry of this order.

April 11, 2019                                          _____/s/ Virginia A. Phillips_____
Effective Date                                                United States District Judge