

**United States District Court**
Central District of California
**Office of the Clerk**

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

April 12, 2019

Clerk, United States District Court

__Southern__ District of __California__

333 West Broadway, Suite 420
San Diego, CA 92101

Re:   Transfer of Jurisdiction of Probation
        Your Case No.  13CR04442-001-BEN
        Assigned Our Case No.  2:19-cr-00221-MWF
        Case Title:  USA v. Martha Lupita James

Dear Sir/Madam:

Enclosed please find:

☒ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge __Virginia A. Phillips__.

Please forward to this district certified copies of the following documents:
1) Indictment, Information, or Complaint
2) Judgment and Probationary Order
3) If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

☐ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer, which has been denied by Judge _____.

Sincerely,

Clerk, U.S. District Court

By  I. Valdes  ingrid_valdes@cacd.uscourts.gov
    Deputy Clerk

cc:   Probation Office, Central District of California
      Probation Office, District of Origin

CR-25 (06/18)          **TRANSMITTAL LETTER - PROBATION TRANSFER IN**